1  Dana B. Taschner (SBN 135494)
   dbt@lanierlawfirm.com
2  Lee A. Cirsch (SBN 227668)
   lec@lanierlawfirm.com
3  LANIER LAW FIRM
   2049 Century Park East, Suite 1940
4  Los Angeles, CA 90067
   Telephone: (310) 277-5100
5  Facsimile: (310) 277-5103

6  *Attorneys for Plaintiff*

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| MAURICE BRIGHAM and LANCE ORTLAND | Case No. 3:10-cv-03886-SI |
|---|---|
| Plaintiffs, | **NOTICE OF DISMISSAL OF CLAIM OF MAURICE BRIGHAM** |
| vs. | |
| DEPUY ORTHOPAEDICS, INC., an Indiana Corporation; JOHNSON & JOHNSON SERVICES, INC., a New Jersey Corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

- 1 -

NOTICE OF DISMISSAL OF CLAIM OF MAURICE BRIGHAM

1  Plaintiff MAURICE BRIGHAM hereby dismisses with prejudice his claim against Defendants DEPUY ORTHOPAEDICS, INC. and JOHNSON & JOHNSON SERVICES, INC. Plaintiff LANCE ORTLAND remains a plaintiff in this action.

Dated: May 3, 2012

Respectfully submitted,

By: _____
Dana B. Taschner

Dana B. Taschner
dbt@lanierlawfirm.com
Lee A. Cirsch
lec@lanierlawfirm.com
LANIER LAW FIRM
2049 Century Park East, Suite 1940
Los Angeles, CA 90067
Telephone: (310) 277-5100
Facsimile: (310) 277-5103

*Attorneys for Plaintiff*

It Is So Ordered
/s/ David A. Katz 5/7/2012